**STATE of Louisiana**

v.

**Jonathan TOOTHE**

**NO. 2016-KK-1139**

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal

District Court Div. L, No. 526-638; to the Court of Appeal, Fourth Circuit, No. 2016-K-0425

Denied.